FILED

IN RE:                                          CASE NO. 09-53140-S

2011 MAY 10 AM 8:59

DAVID T. HECKER                                 CHAPTER 7
CRYSTAL A. HECKER        U.S. BANKRUPTCY COURT
         Debtors        NORTHERN DISTRICT OF OHIO
                               AKRON              REPORT OF DIVIDEND
                                                  UNDER FIVE DOLLARS

    Harold A. Corzin, Trustee herein, reports that check #114 in
the amount of $3.28 was issued on April 28, 2011 to the Clerk of
Courts in payment of dividends under $5.00 for the following
unsecured creditors:

                                                    Amt. of Dividend


Claim #8        RADIOLOGY ASSOC OF CANTON          $      .55
                PO BOX 72384
                CLEVELAND, OH 44192

Claim #10       NORTON FAMILY PRACTICE             $     1.36
                1193 NORTON AVE., STE A
                BARBERTON, OH 44203

Claim #15       US Bank N.A.                       $     1.37
                P.O. Box 5229
                Cincinnati, OH 45201



TOTAL:                                             $     3.28




                                          HAROLD A. CORZIN, TRUSTEE
                                          304 N. Cleveland-Massillon Rd.
                                          Akron, Ohio 44333
                                          (330) 670-0770


May 4, 2011
                          ck # 114
                          receipt # 82336